IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV306

| | |
|---|---|
| IRENE GRACE, on behalf of herself and all others similarly situated,<br>      Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES, INC.,<br>      Defendant. | **ORDER GRANTING**<br>**PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of defendant Family Dollar Stores, Inc., to allow **James Boudreau** to appear *Pro Hac Vice*, filed August 7, 2006 [doc. #4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Boudreau has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 7, 2006

Graham C. Mullen
United States District Judge