IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV306

| | |
|---|---|
| IRENE GRACE, on behalf of herself and other similarly situated, et al, <br> Plaintiffs, <br> v. <br><br> FAMILY DOLLAR STORES, INC., <br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Having reviewied the docket in this case, it appears to the Court that the parties have failed to file a Certification and Report of Initial Attorneys' Conference as required by Local Rule 16.1(A).

**IT IS THEREFORE ORDERED** that the parties file a Certificate of Initial Attorney's Conference within twenty (20) days from the date of this order.

IT IS SO ORDERED.

Signed: September 5, 2006

Graham C. Mullen
United States District Judge