IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV306**

| | |
|---|---|
| IRENE GRACE, on behalf of herself and others similarly situated,<br>　　　　　　　　　Plaintiffs,<br>　v.<br>FAMILY DOLLAR STORES, INC.,<br>　　　　　　　　　Defendant. | **ORDER GRANTING<br>ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of plaintiffs allow **Gregory O. Wiggins** to appear *Pro Hac Vice*, dated December 11, 2006 [doc. #18].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Wiggins has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　Signed: December 12, 2006

　　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　　United States District Judge