IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IRENE GRACE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES, INC.,<br><br>Defendant. | Civil Action No. : 3:06-cv-306 |

DEFENDANT'S RESPONSE CONSENTING TO MOTIONS TO DISMISS
OPT-IN PLAINTIFFS DONNA SANCHEZ, JOANNE K. MULLIS-SWAIN
AND DOROTHY L. EVANS WITH PREJUDICE

COMES NOW Defendant, Family Dollar Stores, Inc. (hereinafter "Defendant" or "Family Dollar"), by and through its counsel, and files its Response Consenting to Plaintiffs' Motions to Dismiss Opt-in Plaintiffs Donna Sanchez, Joanne K. Mullis-Swain and Dorothy L. Evans With Prejudice.

Plaintiff Irene Grace filed her Complaint in the Middle District of Georgia alleging that Family Dollar misclassified her as an exempt employee in violation of the Fair Labor Standards Act ("FLSA"). Thereafter, Ms. Grace sought to maintain this action as a collective or class action. Subsequently, Judge W. Louis Sands transferred this case to Western District of North Carolina. Plaintiff's motion for conditional certification is currently pending before this Court. Family Dollar opposes Plaintiff's motion to facilitate nation-wide notice pursuant to 29 U.S.C. 216(b). (*See* Parties' Certification and Report of Initial Attorneys' Conference filed September 25, 2006 (doc. # 16).)

On January 25, 2007, Donna Sanchez and Dorothy L. Evans filed opt-in consent forms

(doc. # 21), seeking to join Ms. Grace in her FLSA Complaint. On March 1, 2007, Joanne K. Mullis-Swain filed an opt-in consent form (doc. # 38).

Subsequently, on March 14, 2007, Opt-in Plaintiff Donna Sanchez filed a motion to dismiss her claims with prejudice (doc. # 41). On March 15, 2007, Opt-in Plaintiff Joanne K. Mullis-Swain filed her motion to dismiss with prejudice (doc. # 42). On March 22, 2007, Opt-in Plaintiff Dorothy L. Evans filed her motion to dismiss with prejudice (doc. # 47).

Defendant responds to Plaintiffs' motions (doc. # 41, 42, & 47) and informs the Court that it consents to the dismissal of Opt-in Plaintiffs Donna Sanchez, Joanne K. Mullis-Swain and Dorothy L. Evans with prejudice as requested in their respective motions.

| | |
|---|---|
| Dated: March 26, 2007 | s/ Jerry H. Walters, Jr. |
| | Jerry H. Walters, Jr. |
| | N.C. Bar No. 23319 |
| | Stephen D. Dellinger |
| | N.C. Bar No. 16609 |
| | LITTLER MENDELSON, P.C. |
| | Bank of America Corporate Center |
| | 100 North Tryon Street, Suite 4150 |
| | Charlotte, NC  28202 |
| | 704.972.7000  (Telephone) |
| | 704.333.4005  (Facsimile) |
| | jwalters@littler.com (E-mail) |
| | sdellinger@littler.com (E-mail) |
| | |
| | John A. Ybarra |
| | State Bar No. IL 60187 |
| | LITTLER MENDELSON, PC |
| | 200 North La Salle Street |
| | Suite 2900 |
| | Chicago, Illinois  60601-1014 |
| | 312.372.5520  (Telephone) |
| | 312.372.7880  (Facsimile) |
| | jybarra@littler.com (E-mail) |
| | |
| | Attorneys for Defendant |
| | Family Dollar Stores, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory O. Wiggins
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
gwiggins@wcqp.com

Greg Jones
Greg Jones & Associates, P.A.
3015 Market Street
Wilmington, NC 28403
Greg@gregjoneslaw.com

I also certify that I have served a copy of the foregoing and a copy of the Notice of Electronic Filing by US Mail upon the following non-CM/ECF participants:

Robert L. Wiggins, Jr.
Robert F. Childs
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203

Peter Mark Petro
J. Allen Schreiber
Two Metroplex Drive, Suite 107
Birmingham, AL 35243

Dated this the 26th day of March, 2007.

                                              s/ Jerry H. Walters, Jr.
                                              Jerry H. Walters, Jr.

LITTLER MENDELSON, P.C.
Bank of America Corporate Center
100 North Tryon Street
Suite 4150
Charlotte, North Carolina 28202
(704) 972-7000