IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV306

| | |
|---|---|
| IRENE GRACE, on behalf of herself and others similarly situated, )<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FAMILY DOLLAR STORES, INC., )<br>Defendant. )<br>_____ ) | **ORDER** |

This matter is before the court on its own motion. Parties are directed to appear for a Status Conference in Chambers on **Thursday, April 26, 2007, at 10:30 a.m.**

It is so ordered.

Signed: April 16, 2007

Graham C. Mullen
United States District Judge