IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:06cv306

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss the Claims of Donna Sanchez. (Docket # 41).

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: May 1, 2007

Graham C. Mullen
United States District Judge