IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV306

| | | |
|---|---|---|
| IRENE GRACE, on behalf of herself and all others similarly situated, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| FAMILY DOLLAR STORES, INC., | ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court upon its own motion. The orders [Docket #62, #63, #64] filed on May 1, 2007 are hereby rescinded.

THIS MATTER is also before the Court upon Plaintiff's Motions to Dismiss the Claims of Donna Sanchez, Joanne K. Mullis-Swain, and Dorothy L. Evans. [Docket # 41, #42, #47].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), these claimants are dismissed.

IT IS SO ORDERED.

Signed: May 1, 2007

Graham C. Mullen
United States District Judge