IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 306**

IRENE GRACE, on behalf of herself and
all others similarly situated,
                Plaintiffs,

v.

FAMILY DOLLAR STORES, INC.
                Defendant.

_____

## **ORDER**

THIS MATTER IS BEFORE THE COURT on its own motion.

IT IS HEREBY ORDERED that parties are directed to participate in a telephone status conference on **July 10, 2007 at 2:00 p.m.** Judge Chambers will initiate the phone call.

IT IS SO ORDERED.

                                              Signed: June 26, 2007

                                              Graham C. Mullen
                                              United States District Judge