IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 306**

| | |
|---|---|
| IRENE GRACE, on behalf of herself and others similarly situated, ) ) | |
| Plaintiffs, ) | **ORDER** |
| v. ) ) | |
| FAMILY DOLLAR STORES, INC., ) ) | |
| Defendant. ) | |

THIS MATTER IS BEFORE THE COURT on the Plaintiffs' Motion for Relief from the Court's Order [doc. 80] filed on September 25, 2007. For cause shown, this motion is GRANTED, and the parties are directed to submit an (or another) Initial Attorneys' Conference and Discovery Plan within thirty (30) days of this court's order ruling on the plaintiff's motion to reconsider.

IT IS SO ORDERED.

Signed: September 27, 2007

Graham C. Mullen
United States District Judge