a.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **IN RE FAMILY DOLLAR** ) | |
| **FLSA LITIGATION** ) | **MDL DOCKET NO: 3:08-MD-1932** |
| ) | **Judge Graham C. Mullen** |
| ) | |
| *Concerning all member cases.* ) | |
| ) | |

## CONSENT ORDER

This matter coming before the Court on the Parties' Joint Motion to Stay, the Parties having consented to the terms of this Order and the Court being fully advised in the premises, it is hereby ordered that:

1. The Parties' Joint Motion to Stay is granted.

2. This matter is hereby stayed until January 15, 2009 to allow the Parties to explore and exhaust the possibility of resolving this matter.

3. During the stay, the Parties must do the following:

    a. By October 31, 2008, the Parties will identify, by agreement, a total of 20 Plaintiffs whose time punch information Plaintiffs will use to formulate a demand.

    b. Defendants will provide the time punch information for those individuals by November 14, 2008.

c. The Plaintiffs will provide Defendants with their settlement demand by November 25, 2008.

d. Defendants will provide Plaintiffs with their response by December 12, 2008.

e. The Parties will report to the Court by January 15, 2009 on the status of settlement negotiations. In the event that the Parties have determined that resolution is not possible, the Parties are directed to confer and submit a joint proposed modified scheduling order.

Signed: October 29, 2008

Graham C. Mullen
United States District Judge