# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Irene Grace ,

           Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                     3:08md1932

Family Dollar Stores Inc.,

           Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/15/12 Order dismissing Plaintiff Nancy Burnette's claim against Family Dollar.

                               Signed: August 15, 2012

                               Frank G. Johns, Clerk
                               United States District Court