# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Irene Grace ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:08md1932

Family Dollar Stores Inc.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/15/12 Order dismissing Plaintiff Margie Little's claim against Family Dollar.

                                            Signed: August 15, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court