# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Irene Grace ,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                        3:08md1932

Family Dollar Stores Inc.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/15/12 Order dismissing Plaintiff Margie Little's claim against Family Dollar.

                                                               Signed: August 15, 2012

                                                                *Frank G. Johns*

                                                                Frank G. Johns, Clerk
                                                                United States District Court