# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Irene Grace ,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                                  3:08md1932

Family Dollar Stores Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/15/12 Order dismissing Plaintiff Michael McCoy's claim against Family Dollar.

                                              Signed: August 15, 2012

Frank G. Johns, Clerk
United States District Court