# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jewell Ray Belford,

       Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                             3:08md1932

Family Dollar Stores, Inc.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2012 Order.

                                          Signed: August 16, 2012

*[Signature]*

Frank G. Johns, Clerk
United States District Court