# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jewell Ray Belford,

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                  3:08md1932

Family Dollar Stores, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2012 Order.

                                            Signed: August 16, 2012

Frank G. Johns, Clerk
United States District Court