# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Nancy Smith

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:08md1932

Family Dollar Stores, Inc.,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 17, 2012 Order.

        Signed: August 17, 2012

        Frank G. Johns, Clerk
        United States District Court